UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


| | |
|---|---|
| Honorable Lawrence J. O'Neill<br>Chief United States District Judge<br>Fresno, California | **RE:  Carlos Hector Ruelas**<br>**Docket Number:  0972 1:15CR00143-001**<br><u>**PERMISSION TO TRAVEL**</u><br><u>**OUTSIDE THE COUNTRY**</u> |

Your Honor:

Carlos Hector Ruelas is requesting permission to travel to Tijuana, Baja California, Mexico. Carlos Hector Ruelas is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On May 9, 2006, Carlos Hector Ruelas was sentenced for the offense(s) of 21 U.S.C. 856 – Conspiracy to Possess With Intent to Distribute 5 Kilograms or More of Cocaine.

**Sentence Imposed:**  120 months imprisonment; 5 years Supervised Release and $100 Special Assessment (Paid)

**Dates and Mode of Travel:**  9/29/2016 – 10/11/2016, by own personal vehicle

**Purpose:**  Will be traveling with his mother to visit family.

**RE:  Carlos Hector Ruelas**
   **Docket Number:  0972 1:15CR00143-001**
   **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully submitted,

/s/ Tim D. Mechem

TIM D. MECHEM
Supervising United States Probation Officer


Dated:   September 26, 2016
         Fresno, California
         TDM/rmv

                         /s/ Brian J. Bedrosian
**REVIEWED BY:**     **BRIAN J. BEDROSIAN**
                     **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒   Approved       ☐   Disapproved

IT IS SO ORDERED.

Dated:  **September 28, 2016**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES CHIEF DISTRICT JUDGE

TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX